IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-60256
Summary Calendar
_____


VERONICA MCCALLUP,

                                        Plaintiff-Appellant,

versus

K-9 UNIT; UNKNOWN WILLIAMS,
Lieutenant; PEGGY MCENTEE;
JOHN DOE,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:02-CV-174-BN
--------------------
August 30, 2002
Before HIGGINBOTHAM, DAVIS, and EMILIO M. GARZA, Circuit Judges

PER CURIAM:*

     Veronica McCallup, Mississippi state prisoner # K1256,
appeals the district court's dismissal of her civil rights
complaint as duplicative.  She asserts that she is complaining
about unconstitutional acts occurring after she had filed her
prior complaints.

     McCallup's allegations and arguments indicate that she has
raised the claims made in her instant complaint in her prior

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

lawsuits. McCallup has failed to demonstrate that the district court abused its discretion in dismissing her complaint as malicious based on its being duplicative. See Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988).

McCallup is also raising a number of claims that were not raised in her original complaint. These include claims that 1) she is being illegally detained to cover up her kidnapping by county officials; 2) she was sexually harassed by the removal of her clothing prior to her receiving injections; 3) videotapes were made of her nude body; 4) she was denied access to the courts and her lawyer; and 5) she was mistreated based on her race and national origin.

These issues need not be considered on appeal because they were not pleaded in McCallup's complaint and do not involve purely legal questions. See Burch v. Coca-Cola Co., 119 F.3d 305, 319 (5th Cir. 1997); Kelly v. Foti, 77 F.3d 819, 822 (5th Cir. 1996).

AFFIRMED.